CT Corporation

**Service of Process
Transmittal**
10/21/2013
CT Log Number 523731140

TO: Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

RE: **Process Served in Georgia**

FOR: Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Arrington Barbara, Pltf. vs. Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Entry of Service, Summons, Complaint |
| **COURT/AGENCY:** | Lowndes County Superior Court, GA
Case # 2013CV2185 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - November 3, 2012 - Wal-Mart SuperCenter located at 3274 Inner Perimeter Road, Valdosta, Lowndnes County, Georgia |
| **ON WHOM PROCESS WAS SERVED:** | Corporation Process Company, Duluth, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/21/2013 at 09:45 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | John C. Cotton
Cotton Law Firm, P.C.
P. O. Box 897
Cordele, GA 31010
229-273-9490 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/22/2013, Expected Purge Date: 10/27/2013
Image SOP
Email Notification, Candiss Golaszweski-CT East CLS-VerificationEast@wolterskluwer.com
Email Notification, Sheron Young ctlawsuits@walmartlegal.com |
| **SIGNED:** | Corporation Process Company |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 2180 Satellite Blvd
Duluth, GA 30097 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / LA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


DEFENDANT'S EXHIBIT A

SHERIFF'S ENTRY OF SERVICE                         SC-85-2                    CLYDE CASTLEBRERRY CO., COVINGTON, GA 30015

| | Superior Court | ☒ | Magistrate Court | ☐ |
| | State Court | ☐ | Probate Court | ☐ |
Civil Action No. _____ 2013 CV 2185 _____ | Juvenile Court | ☐ | | 47999

Date Filed _____ 10/8/2013 _____

Georgia, _____ Lowndes _____ COUNTY

Barbara Arrington
_____

Attorney's Address                                                                              Plaintiff

John C. Cotton
Cotton Law Firm, P.C.
Post Office Box 897                                         VS.
Cordele, Georgia    31010-0897

Walmart Stores, Inc. and Walmart Stores
Name and Address of Party to be Served.
Wal-Mart Stores, Inc.                          East, LP (Delaware) d/b/a Walmart

Corporation Process Company                                              Defendant

2180 Satellite boulevard, Suite 400

Duluth, Georgia    30097                                                 Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

☒ Served the defendant _____ Walmart Stores, Inc _____ Lutricia L. (R/A) _____ a corporation
by leaving a copy of the within action and summons with _____ Corporatin Process Company, Registered Agent _____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ day of _____ Oct _____, 20 13

_____
                                                                              DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

## IN THE SUPERIOR COURT OF LOWNDES COUNTY

## STATE OF GEORGIA

BARBARA ARRINGTON,

      Plaintiff,

v.

WAL-MART STORES, INC., and
WAL-MART STORES EAST, LP,
(DELAWARE) d/b/a WAL-MART,

      Defendants.

Civil Action File No.
**2013 CV 2185**

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE
2013 OCT -8 PM 4: 41
*Beth C. Greene*
CLERK OF SUPERIOR STATE
JUVENILE COURTS

TO THE ABOVE NAMED DEFENDANTS:

      You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

            John C. Cotton
            Cotton Law Firm, P.C.
            P. O. Box 897
            Cordele, Georgia 31010-0897

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

      This _8th_ day of October, 2013.

                    Clerk of Superior Court

                  By: _Stacy Barrett_
                      Clerk/Deputy Clerk

# IN THE SUPERIOR COURT OF LOWNDES COUNTY

## STATE OF GEORGIA

BARBARA ARRINGTON,

     Plaintiff,

v.

WAL-MART STORES, INC., and
WAL-MART STORES EAST, LP,
(DELAWARE) d/b/a WAL-MART,

     Defendants.

Civil Action File No.
2013 CV 2185

LOWNDES COUNTY GEORGIA
FILED IN OFFICE

2013 OCT -8  PM 4: 41

*Beth C. Greene*
CLERK OF SUPERIOR STATE
JUVENILE COURTS

## COMPLAINT FOR DAMAGES

COMES NOW, BARBARA ARRINGTON, Plaintiff herein, and files this, her Complaint against WAL-MART STORES, INC. and WAL-MART STORES EAST, LP (DELAWARE), d/b/a WAL-MART, Defendants herein, and respectfully shows as follows:

1.

Plaintiff, Barbara Arrington, is a resident of Lowndes County, Georgia.

2.

Defendant Wal-Mart Stores, Inc. is a foreign corporation, duly authorized to transact business in the State of Georgia. Defendant Wal-Mart Stores, Inc. has an office and transacts business in Valdosta, Lowndes County, Georgia.

3.

Service of process on Defendant Wal-Mart Stores, Inc. may be perfected by serving its registered agent, Corporation Process Company, 2180 Satellite Boulevard, Suite 400, Duluth, Gwinnett County, Georgia 30097.

4.

Defendant Wal-Mart Stores East, LP (Delaware) is a foreign limited partnership, duly authorized to transact business in the State of Georgia. Defendant Wal-Mart Stores East, LP (Delaware) has an office and transacts business in the City of Valdosta, Lowndes County, Georgia.

5.

Service of process on Defendant Wal-Mart Stores East, LP (Delaware) may be perfected by serving its registered agent, Corporation Process Company, 2180 Satellite Boulevard, Suite 400, Duluth, Gwinnett County, Georgia 30097.

6.

This Court has jurisdiction over this matter and the parties.

7.

Venue for this action is properly laid in the Superior Court of Lowndes County, Georgia.

8.

Defendants have injured and damaged Plaintiff in an amount to be determined by the enlightened conscience of an impartial jury.

9.

Defendants own and/or operate a retail store at 3274 Inner Perimeter Road, Valdosta, Lowndes County, Georgia, known as the Wal-Mart SuperCenter.

10.

On November 3, 2012, Plaintiff was a patron at said Wal-Mart SuperCenter owned and/or operated by Defendants.

11.

As Plaintiff was shopping, she slipped and fell on an item and/or substance on the floor.

12.

At the time of the incident, Defendants' floor was unsafe and hazardous.

13.

Defendants knew or should have known about the dangerous condition of their floors and walkways before Plaintiff's fall.

14.

Defendants had notice of the dangerous condition of their floors and walkways before Plaintiff's fall.

15.

Defendants did not warn its patrons of the dangerous condition of the floors and walkways.

16.

The dangerous condition of Defendants' floors and walkways was not readily apparent to the average person.

17.

Plaintiff was without any knowledge of the condition of the floors and walkways before she fell.

3

18.

Defendants were negligent in, but not limited to, the following particulars:

    a)    In failing to properly keep the premises at their Valdosta, Lowndes County, Georgia location in a safe condition on the date and time stated, after knowing that hazardous conditions existed;

    b)    In failing to warn their customers of the hazardous condition that caused Plaintiff to slip and fall at their Valdosta, Lowndes County, Georgia location on the date and time stated;

    c)    In failing to properly inspect their floors and walkways; and

    d)    In failing to maintain their floors and walkways in a safe condition.

19.

As a result of Defendants' negligence, Plaintiff suffered serious and permanent personal injuries to her body.

20.

As a result of the Defendants' negligence, Plaintiff has suffered excruciating pain, she still suffers pain, and she will always thus suffer from her injuries.

21.

As a further result of Defendants' negligence, Plaintiff has incurred medical expenses for the treatment of her injuries. The following is an itemized list of Plaintiff's medical providers and the charges for services rendered to date:

| Provider | Charge |
|---|---|
| South Georgia Medical Center | $ 1,669.25 |
| Sheridan Emergency Physician Services | $ 1,221.00 |
| Radiology Associates of Valdosta | $ 187.00 |
| South Georgia Medical Associates, P.C. | $ 490.00 |

| | |
|---|---|
| Orthopedic Surgeons of Georgia, LLC | $ 8,329.00 |
| Coffee Regional Medical Center(anesthesia) | $  936.00 |
| Coffee Regional Medical Center | $28,130.00 |
| Georgia Home Health Services | $ 3,300.00 |
| **Total:** | **$44,262.25** |

22.

As a result of the aforementioned injuries that were caused by the negligence of Defendants, Plaintiff has suffered general damages as a result of her past, present, and future pain and suffering, in an amount to be determined at the time of trial.

23.

All damages suffered by Plaintiff are the direct and proximate result of the negligence of Defendants.

WHEREFORE, Plaintiff prays the issuance and service of summons in terms of law; that she have a trial by jury; and that she have judgment against Defendant in an amount to be determined by the enlightened conscience of an impartial jury.

This 2nd day of October, 2013.

By: _____

JOHN C. COTTON
State Bar No. 189801
COTTON LAW FIRM, P.C.
Post Office Box 897
Cordele, Georgia  31010-0897
229.273.9490
SAM D. DENNIS
State Bar No. 218315
MANIKLAL & DENNIS, LLP
Post Office Box 1865
Valdosta, Georgia 31603-1865
229.244.4428

5